This case was not selected for publication in the Federal Reporter

NOTE: Pursuant to Fed. Cir. R. 47.6, this disposition is not citable as precedent. It is a public record.

HUNT BUILDING COMPANY, LTD., Appellant,

v.

Donald C. WINTER, Secretary of the Navy, Appellee.

No. 2006–1125.

United States Court of Appeals, Federal Circuit.

Nov. 8, 2006.

Rehearing Denied Jan. 8, 2007.

Before BRYSON, Circuit Judge, CLEVENGER, Senior Circuit Judge, and GAJARSA, Circuit Judge.

### Judgment

PER CURIAM

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R.36

This case was not selected for publication in the Federal Reporter

NOTE: Pursuant to Fed. Cir. R. 47.6, this disposition is not citable as precedent. It is a public record.

AVENTIS PHARMACEUTICALS, INC., Plaintiff/Counterclaim Defendant–Appellant,

and

AMR Technology, Inc., Plaintiff/Counterclaim Defendant, Appellant,

and

Albany Molecular Research, Inc., Counterclaim–Defendant,

v.

BARR LABORATORIES, INC., Defendant/Counterclaimant– Appellee,

and

Teva Pharmaceuticals USA, Inc., Defendant–Appellee,

and

Amino Chemicals, Ltd., Defendant– Appellee,

and

Ranbaxy Pharmaceuticals, Inc.

and

Ranbaxy Laboratories, Ltd., Defendants–Counterclaim- ants–Appellees.

Nos. 06–1314, 06–1315.

United States Court of Appeals, Federal Circuit.

Nov. 8, 2006.

Before RADER, Circuit Judge, CLEVENGER, Senior Circuit Judge, and PROST, Circuit Judge.

## JUDGMENT

PER CURIAM

This CAUSE having been heard and considered it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

*This case was not selected for publication in the Federal Reporter*

*NOTE: Pursuant to Fed. Cir. R. 47.6, this disposition is not citable as precedent. It is a public record.*

### AVENTIS PHARMACEUTICALS, INC., Plaintiff/Counterclaim Defendant–Appellant,

and

### Merrell Pharmaceuticals, Inc. and Carderm Capital L.P., Plaintiffs–Appellants,

v.

### BARR LABORATORIES, INC., Defendant/Counterclaimant– Appellee,

and

### Teva Pharmaceuticals USA, Inc., Defendant–Appellee.

### Nos. 06–1213, 06–1313.

United States Court of Appeals, Federal Circuit.

Nov. 8, 2006.

---

Before RADER, Circuit Judge, CLEVENGER, Senior Circuit Judge, and PROST, Circuit Judge.

## JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

*This case was not selected for publication in the Federal Reporter*

*NOTE: Pursuant to Fed. Cir. R. 47.6, this order is not citable as precedent. It is a public order.*

### H2OCEAN, INC., Plaintiff–Appellant,

v.

### LEONARD SCHMITT, APRIL'S AF-TER–CARE, INC., and April's Attic, Defendants–Appellees.

### No. 2006–1581.

United States Court of Appeals, Federal Circuit.

Nov. 8, 2006.

### ORDER

H2Ocean, Inc. moves without opposition to voluntarily dismiss its appeal in *H2Ocean v. Schmitt,* 3:05–CV–387 (N.D.Fla.).